People *v.* Jenkins.

---

## THE PEOPLE *v.* JENKINS.

ON trial for burglary, the Court instructed the jury that, if they found from the evidence that defendant entered a certain warehouse in the night time, and took therefrom sundry goods and chattels, he was guilty as charged: *Held*, that the instruction was wrong, because it ignores the felonious intent of the entry, and the character of it.

APPEAL from the Court of Sessions of San Diego.

Indictment for burglary, in entering in the night time a certain warehouse, and stealing various goods and chattels. The indictment was in the usual form. The jury being instructed, as is stated in the opinion of the Court, found defendant guilty as charged. He appeals.

*Robinson, Beatty & Heacock,* for Appellant.

*Thomas H. Williams, Attorney General,* for Respondent.

BALDWIN, J. delivered the opinion of the Court—COPE, J. concurring.

The judgment in this case must be reversed for error in the instruction, which was that, if the jury believed that the defendant entered the warehouse of Caperon & Stevens in the night time, and took therefrom sundry goods and chattels, he was guilty of the crime of burglary. The charge ignores the felonious intent of the entry, and the character of it.

Judgment reversed and cause remanded.